**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| FLORIDALMA ALVAREZ, YOURI BEZDENEJNYKH,<br><br>    Plaintiffs,<br><br>  v.<br><br>LAKE COUNTY BOARD OF SUPERVISORS, et al.,<br><br>    Defendants. / | No. CV 10-1071 NJV<br><br>**ORDER REQUIRING PLAINTIFF TO FILE SUPPLEMENTAL INFORMATION REGARDING THE MOTION TO PROCEED** *IN FORMA PAUPERIS*<br>(Docket No. 3) |

Plaintiffs have consented to jurisdiction of this Court as required by 28 U.S.C. § 636(c). Plaintiff Floridalma Alvarez has filed a motion for leave to proceed *in forma pauperis* ("IFP"). (Doc. No. 3) Plaintiff Youri Bezdenejnykh has not, however, filed a motion for leave to proceed IFP. The Court orders Plaintiff Bezdenejnykh to inform the Court whether or not he also requests to proceed IFP. If he also requests to proceed IFP, he must file an Application to Proceed IFP, which is attached to this order. By April 5, 2010, Plaintiff Bezdenejnykh must file 1) his response indicating that he does not request to proceed IFP; **or** 2) his Application to Proceed IFP.

The Court further instructs Plaintiffs that all paper filings should be mailed to the Clerk's office in San Francisco: Clerk, U.S. District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

Dated: March 24, 2010

NANDOR J. VADAS
United States Magistrate Judge