**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| FLORIDALMA ALVAREZ, YOURI BEZDENEJNYKH,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LAKE COUNTY BOARD OF SUPERVISORS, et al.,<br><br>　　　　　Defendants._____/ | No. CV 10-1071 NJV<br><br>**ORDER DIRECTING PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** (Docket No. 22) |

On April 26, 2010, Defendants Lake County Board of Supervisors, Lake County, Lake County code enforcement officer Voris Brumfield, and Director of Lake County Planning Department Richard Coel filed a motion to dismiss.  (Doc. No. 22)  Plaintiff's response was due on May 10, 2010, but Plaintiffs have not filed their response.  The Court orders Plaintiffs to file their response within fourteen days by Monday, June 7, 2010.  Defendants' reply is due seven (7) days after Plaintiff's opposition is filed.  The Court will interpret Plaintiff's failure to respond as their non-opposition to Defendants' motion.  All parties have consented to the jurisdiction of this Court as required by 28 U.S.C. § 636(c).

The Court reminds Plaintiffs that all paper filings should be mailed to the Clerk's office in San Francisco:  Clerk, U.S. District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

Dated:  May 24, 2010

　　　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge