**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| FLORIDALMA ALVAREZ, YOURI BEZDENEJNYKH,<br><br>Plaintiffs,<br><br>v.<br><br>LAKE COUNTY BOARD OF SUPERVISORS, et al.,<br><br>Defendants. | No. CV 10-1071 NJV<br><br>**BRIEFING ORDER FOR DEFENDANTS' MOTION TO DISMISS**  (Docket No. 22) |

On April 26, 2010, Defendants Lake County Board of Supervisors, Lake County, Lake County code enforcement officer Voris Brumfield, and Director of Lake County Planning Department Richard Coel filed a motion to dismiss.  (Doc. No. 22)  This motion is scheduled to be heard on June 22, 2010.  Therefore, Plaintiffs' response is due by <u>June 1, 2010</u> and Defendants' reply is due by <u>June 8 , 2010</u>.  The Court will interpret Plaintiffs' failure to respond as their non-opposition to Defendants' motion.  All parties have consented to the jurisdiction of this Court as required by 28 U.S.C. § 636(c).  The Court withdraws its May 24, 2010 order (Doc. No. 28), which was filed in error and contained incorrect briefing deadlines.  Plaintiffs' response is not overdue.

The Court reminds Plaintiffs that all paper filings should be mailed to the Clerk's office in San Francisco:  Clerk, U.S. District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

Dated: May 27, 2010

NANDOR J. VADAS
United States Magistrate Judge