**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

FLORIDALMA ALVAREZ

         Plaintiff,

      v.

LAKE COUNTY BOARD OF SUPERVISORS, ET AL.,

         Defendants.

_____/

No. 10-01071 NJV

ORDER RESETTING HEARING ON MOTION TO DISMISS

      Pursuant to the stipulation of the parties (Docket No. 64), the January 4, 2011 hearing on Defendants' Motion to Dismiss (Docket No. 60) is continued to February 8, 2011 at 10:00 a.m. at the Eureka Federal Courthouse. Parties or counsel who desire to appear via telephone should contact Gloria Masterson at (707) 445-3612 or Gloria_Masterson@cand.uscourts.gov.

Dated: December 6, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge