**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| FLORIDALMA ALVAREZ,<br><br>    Plaintiff,<br><br>v.<br><br>LAKE COUNTY BOARD OF SUPERVISORS, et al.,<br><br>    Defendants.<br>_____/ | No. CV 10-1071 NJV<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Plaintiff Floridalma Alvarez filed a notice of voluntary dismissal of this case with prejudice on September 2, 2011, pursuant to a stipulation with Defendants. (Docket No. 129.) On September 8, 2011, Defendants filed a notice of voluntary dismissal of the case with prejudice pursuant to the stipulation. (Docket No. 130.) Accordingly, this case is HEREBY DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated: September 9, 2011      _____

Nandor J. Vadas
United States Magistrate Judge